IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0711 |
| ) | Judge Trauger |
| CONTINENTAL DEVELOPMENT & ) | |
| CONSTRUCTION, INC.; ) | |
| NICK PSILLAS AND DEBBIE PSILLAS; ) | |
| THOMAS C. McCORD; ) | |
| and ELAINE E. McCORD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, the motion to dismiss filed by the defendants Thomas C. McCord and Elaine E. McCord (Docket No. 45) is **DENIED**, and the motion for summary judgment filed by the plaintiff Assurance Company of America (Docket No. 52) is **GRANTED** with respect to all of the plaintiff's claims.

Additionally, the plaintiff's motion to strike the defendants' summary judgment sur-reply (Docket No. 75) is **DENIED** as moot, the defendants' motion to deem their additional statement of facts undisputed (Docket No. 80) is **DENIED**, and the defendants' motion *in limine* to exclude the plaintiff's rebuttal expert from testifying (Docket No. 85) is **DENIED** as moot.

1

It is so Ordered.

Entered this 8th day of June 2009.

_____
ALETA A. TRAUGER
United States District Judge